IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GWENDOLYN BYRD, | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-09-2822 |
| | § § | |
| UNUM LIFE INSURANCE, | § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with this court's Memorandum and Opinion granting the motion for summary judgment filed by the defendant, Unum Life Insurance, on all claims of the plaintiff, Gwendolyn Byrd, judgment is entered that Gwendolyn Byrd take nothing from the Unum Life Insurance. This matter is dismissed, with prejudice.

This is a final judgment.

SIGNED on August 5, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge